■ In the Matter of MICHAEL QUINN, Appellant, v MARIA GENOVESE, Respondent.—

The hearing court did not improvidently exercise its discretion in denying the petitioner's application for an order directing a psychiatric and psychological evaluation of the mother and her new husband since there was no showing that the evaluations ordered by the court were deficient (Family Ct Act § 251; *Rosenblitt v Rosenblitt,* 107 AD2d 292; *cf., Giraldo v Giraldo,* 85 AD2d 164).

The record supports the hearing court's denial of the petitioner's application for a change of custody since the totality of the circumstances fail to demonstrate that doing so would be in the best interests of the children *(Eschbach v Eschbach,* 56 NY2d 167; *Friederwitzer v Friederwitzer,* 55 NY2d 89; *Matter of Schouten v Schouten,* 155 AD2d 461).

We have considered the petitioner's remaining contentions and find them to be without merit. Mangano, J. P., Bracken, Eiber and Harwood, JJ., concur.